

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Elaine L. Chao, Secretary of Labor, United States Department of Labor

**DEFENDANTS**
Eagle International, Ltd.; Catherine Dussias; individually and as Trustee to the Eagle International Employees' Profit Sharing Plan; and the Eagle International Employees' Profit Sharing Plan

**(b) County of Residence of First Listed Plaintiff** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Marla Haley, Office of the Solicitor
United States Department of Labor
230 S. Dearborn St.; #844
Tel. 312-886-5260

**Attorneys (If Known)**

FILED
MAR 2 0 2008 NF
Mar 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1648
JUDGE GUZMAN
MAGISTRATE JUDGE COLE

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

(Nature of suit checkboxes — 791 Empl. Ret. Inc. Security Act marked)

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
Violations of the Employee Retirement Income Security Act of 1974 (ERISA), as amended, 29 U.S.C. sec. 1001 et seq.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 3/20/08
SIGNATURE OF ATTORNEY OF RECORD: Marla J. Haley