UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **EAGLE INTERNATIONAL, et al.** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Case No. 08-C-1648 <br> : <br> : <br> : Hon. Ronald A. Guzman <br> : <br> : <br> : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION TO EXTEND THE TIME
## TO SERVE SUMMONS AND COMPLAINT

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary") by her counsel, respectfully moves the Court, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, to extend the time limit in which to serve the summons and the complaint for an additional 90 day time period, through and including October 20, 2008, in order to serve Defendants Eagle International, Ltd., Catherine Dussias, and the Eagle International Employees' Profit Sharing Plan (Plan) (collectively the Defendants) via the United States Marshal. In support of her Motion, the Secretary states as follows:

1.    The Secretary filed her Complaint on March 20, 2008 against the Defendants regarding a prohibited loan that Defendant Dussias authorized from the Plan

to herself, contrary to Plan Documents, in order to fund Eagle's corporate operations. The Plan has been named as a defendant solely to ensure that complete relief is obtained under Rule 19(a) of Federal Rules.

    2.    The Secretary issued Waivers of Service of Summons to the Defendants; however, the Defendants have failed to respond.

    3.    The Secretary is currently seeking service through the Office of the United States Marshal.

Wherefore, in order to allow the Secretary to serve process via the United State's office, the Secretary respectfully requests an extension of the time limit to serve the defendants for an additional 90 day time period, through and including October 20, 2008.

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

P.O. Address:
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Eighth Floor
Chicago, Illinois 60604
Telephone: (312)353-4455
Fax. (312) 886-5260

s/Marla J. Haley
**MARLA J. HALEY**
Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Extend the Time to Serve Summons and Complaint,* a proposed Order, and this *Certificate of Service* were filed via the Court's ECF system, on July 3, 2008 and were served in the following manner:

Via First Class U.S. Mail on the following:

Catherine Dussias  
3 S. 335 Shagbark Lane  
Glen Ellyn, Illinois 60137

Eagle International, Ltd. and the  
Eagle International Employees' Profit  
Sharing Plan  
c/o Catherine Dussias  
3 S. 335 Shagbark Lane  
Glen Ellyn, Illinois 60137

   s/Marla J. Haley  
Attorneys for Elaine L. Chao  
Secretary of Labor,  
U.S. Department of Labor  
Office of the Solicitor  
230 S. Dearborn St.; #844  
Chicago, IL 60604  
Tel. (312) 353-4455  
Fax. (312) 353-5698  
Haley-Marla@dol.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor,

       Plaintiff,

               Case No. 08-C-1648

    v.

**EAGLE INTERNATIONAL, et al.**      Hon. Ronald A. Guzman

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER EXTENDING THE TIME
TO SERVE SUMMONS AND COMPLAINT**

  The Court being duly advised of the premises of the Secretary of Labor's Motion to Extend the Time to Serve Summons and Complaint, and for good cause shown, does hereby grant the Secretary's motion.

  WHEREFORE, the time to serve the summons and complaint in this matter upon Defendants Eagle International, Ltd., Catherine Dussias, and the Eagle International Employees' Profit Sharing Plan is extended through and including October 20, 2008.

---

**HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT COURT JUDGE**