UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ELAINE L. CHAO**, Secretary of Labor, :
United States Department of Labor, :
:
:
Plaintiff, :
: Case No. 08-C-1648
v. :
:
**EAGLE INTERNATIONAL, et al.** : Hon. Ronald A. Guzman
:
:
Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF MOTION TO EXTEND THE TIME
### TO SERVE SUMMONS AND COMPLAINT

**TO:**

| | |
|---|---|
| Eagle International, Ltd. and the<br>Eagle International Employees' Profit Sharing Plan<br>c/o Catherine Dussias<br>3 S. 335 Shagbark Lane<br>Glen Ellyn, Illinois 60137 | Catherine Dussias<br>3 S. 335 Shagbark Lane<br>Glen Ellyn, Illinois 60137 |

On Thursday July 10, 2008 at 9:30a.m., we shall appear before the Honorable Ronald A. Guzman, or any Judge sitting in his stead, in Courtroom 1219 of the United States District Courthouse on 219 South Dearborn Street, Chicago, Illinois and present the Secretary's Motion to Extend the Time to Serve Summons and Complaint on the defendants, filed with the Court on July 3, 2008, a copy of which was served on the parties via United States Mail on July 3, 2008.

Respectfully submitted,

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

s/Marla J. Haley
**MARLA J. HALEY**
Attorney

**P.O. ADDRESS:**
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Room 844
Chicago, Illinois 60604
Tel.(312)353-4455

Attorneys for Elaine L. Chao,
Secretary of Labor, United States
Department of Labor,
Plaintiff