## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Elaine L. Chao
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01648
                                             Honorable Ronald A. Guzman

Eagle International, LTD., et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Defendants not in court. Motion by Plaintiff Elaine L. Chao for extension of time to Serve Summons and Complaint [10] is granted to and including 10/20/08. Status hearing held on 7/9/2008. Status hearing set for 8/20/2008 at 09:30 AM. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.